|  |  |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | JS-6 |

### CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | **CV 16-8204-JFW (AFMx)** | Date: January 3, 2017 |

Title:    Frank Rosas -v- Western Express, Inc., et al.

---

**PRESENT:**

      **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

| | |
|---|---|
| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
| None | None |

**PROCEEDINGS (IN CHAMBERS):**   ORDER GRANTING PLAINTIFF'S MOTION TO REMAND THIS ACTION TO THE LOS ANGELES COUNTY SUPERIOR COURT
[filed 12/12/2016; Docket No. 22]

      On December 12, 2016, Plaintiff Frank Rosas ("Plaintiff") filed a Motion to Remand this Action to the Los Angeles County Superior Court ("Motion to Remand"). On December 29, 2016, Defendant Western Express, Inc. ("Defendant") filed a Statement of Non-Opposition to Plaintiff's Motion to Remand. In light of Defendant's Statement of Non-Opposition, Plaintiff's Motion to Remand is **GRANTED**, and this action is **REMANDED** to Los Angeles County Superior Court. The Court **DENIES** Plaintiff's request for attorneys' fees.

      The hearing calendared for January 23, 2017 is hereby vacated.

      IT IS SO ORDERED.